Date\Time: 3/11/2025 9:56:10 AM
Institution: COR

**CDCR**
**Inmate Statement Report**

1:25-cv-00282-EPG (PC)

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BD0868 | OSUNA, JAIME | COR | 04AA1LC1 | 044001 |

**FILED**
Mar 11, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Current Available Balance:** $10.00



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Christina Mann*/ Trust office

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 09/01/2024 | COR | BEGINNING BALANCE | | | | $203.97 |
| 09/01/2024 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 430864 | ($30.80) | $173.17 |
| 09/09/2024 | COR | GTL | 22072220908965 | | $5.00 | $178.17 |
| 09/16/2024 | COR | JPAY | 0000000172956951 | | $150.00 | $328.17 |
| 09/16/2024 | COR | SALES | 2 | | ($75.00) | $253.17 |
| 09/25/2024 | COR | JPAY | 0000000173176916 | | $60.00 | $313.17 |
| 10/01/2024 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 431025 | ($42.00) | $271.17 |
| 10/01/2024 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 431025 | ($43.00) | $228.17 |
| 10/07/2024 | COR | FILING FEES DUE STATE | 1:24-CV-01156-EPG | | ($3.00) | $225.17 |
| 10/14/2024 | COR | JPAY | 0000000173728945 | | $200.00 | $425.17 |
| 10/18/2024 | COR | GTL | 22130343591973 | | $25.00 | $450.17 |
| 10/22/2024 | COR | SALES | 15 | | ($71.00) | $379.17 |
| 10/23/2024 | COR | SHIPPING CHARGES DUE STATE | #037 FED-ED | | ($90.49) | $288.68 |
| 11/01/2024 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 431176 | ($5.00) | $283.68 |
| 11/01/2024 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 431176 | ($45.00) | $238.68 |
| 11/01/2024 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 431176 | ($45.00) | $193.68 |
| 11/20/2024 | COR | SALES | 19 | | ($26.05) | $167.63 |
| 12/16/2024 | COR | JPAY | 0000000175518817 | | $255.00 | $422.63 |
| 12/17/2024 | COR | SHIPPING CHARGES DUE STATE | #84 FED-EX | | ($21.14) | $401.49 |
| 12/18/2024 | COR | SALES | 27 | | ($54.13) | $347.36 |
| 12/19/2024 | COR | JPAY | 0000000175621942 | | $100.00 | $447.36 |
| 01/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | 431490 | ($71.00) | $376.36 |
| 01/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 431490 | ($71.00) | $305.36 |
| 01/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 431490 | ($71.00) | $234.36 |
| 01/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 431490 | ($71.00) | $163.36 |
| 01/09/2025 | COR | JPAY | 0000000176225895 | | $100.00 | $263.36 |
| 01/17/2025 | COR | SALES | 9 | | ($19.30) | $244.06 |
| 01/17/2025 | COR | SALES | 26 | | $0.85 | $244.91 |
| 01/23/2025 | COR | SHIPPING CHARGES DUE STATE | #108 FED-EX | | ($21.55) | $223.36 |
| 02/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | 431699 | ($10.00) | $213.36 |
| 02/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 431699 | ($20.00) | $193.36 |

# Inmate Statement Report

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 02/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 431699 | ($20.00) | $173.36 |
| 02/01/2025 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 431699 | ($20.00) | $153.36 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| Other Encumbrance | 12/13/2022 | $143.36 |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| DAMAGES - STATE PROPERTY | CELL WINDOW 6/7/21 | $143.36 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 1:24-CV-00793-SAB | $350.00 | ($209.80) | $140.20 |
| FEDERAL FILING FEE | 1:24-CV-01009-SAB | $350.00 | ($178.00) | $172.00 |
| FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | $350.00 | ($96.00) | $254.00 |
| FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | $350.00 | ($81.00) | $269.00 |
| SHIPPING CHARGES | #108 FED-EX | $22.55 | ($21.55) | $1.00 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BF139419 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |